THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEF REITER, Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment convicting

---

* Amd. by Laws of 1916, chap. 507.— [REP.

defendant of the crime of grand larceny in the first degree unanimously affirmed. No opinion. Present — Manning, Young, Kapper and Lazansky, JJ.